# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **Marshall McClain, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **Premier Home Pros, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 25-cv-03718-CJC |

## AFFIDAVIT OF SERVICE

I, Allen Ellison, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Premier Home Pros, LLC in MD on November 19, 2025 at 2:30 pm at 20 S Charles St, Ste 403, Baltimore, MD 21201-3282 by leaving the following documents with Brandi Goodwin who as Authorized Agent at Premier Home Pros, LLC is authorized by appointment or by law to receive service of process for Premier Home Pros, LLC. Premier Home Pros, LLC has Brandi Goodwin listed as their Registered Agent, so by leaving the documents with Intake Specialist for Premier Home Pros, LLC, due process was completed according to Md. Rule 2-124.

SUMMONS IN A CIVIL ACTION, COMPLAINT – CLASS ACTION

Black or African American Female, est. age 35-44, glasses: Y, Black hair, 300 lbs to 320 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.2885587574,-76.6152270399
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Baltimore County__, __MD__ on __11/20/2025__.

/s/ *Allen Ellison*
_____
Signature
Allen Ellison
+1 (267) 255-1455
516 N Charles St, 405, Baltimore, MD 21201



Exhibit 1a)
11/19/2025 2:30 pm EST
20 S Charles St, Ste 403, Baltimore, MD 21201-3282
39.2885588, -76.6152270