IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated, 310 Stevens Circle, Aberdeen, MD, 21001<br><br>  Plaintiff,<br><br>v.<br><br>**PREMIER HOME PROS, LLC,**<br>388 S Main St., Ste 340, Akron, OH 44311<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  **CASE NO.: 1:25-cv-03718-CJC**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**
**AND DESIGNATION OF ELECTRONIC MAIL ADDRESSES**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Gabriel D. Pinilla and Andrew Wilson (subject to admission *pro hac vice*), of the law firm Adams & Reese, LLP, hereby give notice to the Court and all parties of their appearance in the above-styled action as counsel for Premier Home Pros, LLC, and respectfully request that copies of all notices, correspondence and other documents relating to the above-styled action be directed to and served upon them at the primary and secondary electronic mail addresses provided below, which are hereby designated for this action pursuant to Rule 101(1)(a):

  **Primary E-Mail Addresses:**  Gabriel.Pinilla@arlaw.com; Andrew.Wilson@arlaw.com
  **Secondary E-Mail Addresses:** Alisyn.Bukowski@arlaw.com

  DATED: December 1, 2025

              */s/ Gabriel D. Pinilla*
              Gabriel D. Pinilla
              Bar No. 22373
              **ADAMS & REESE, LLP**
              11990 Grant Street, Suite 550
              Northglenn, CO 80233

        Telephone: (303) 970-2156
        Facsimile: (303) 970-2156
        Gabriel.Pinilla@arlaw.com
        Alisyn.Bukowski@arlaw.com
        *Counsel for Premier Home Pros, LLC*

        Andrew Wilson
        Subject to *Pro Hac Vice*
        **ADAMS AND REESE, LLP**
        2001 Siesta Drive Suite 302
        Sarasota, FL 34239
        Telephone: (941) 316-7636
        Facsimile: (941) 316-7636
        *Counsel for Premier Home Pros, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will automatically serve a copy via electronic mail to all counsel of record.

        */s/ Gabriel D. Pinilla*
        Gabriel D. Pinilla
        Bar No. 22373

## **SERVICE LIST**

Attorneys for Marshall McClain:

John McGowan
KINNER & McGOWAN, PLLC
413 East Capitol Street SE, First Floor
Washington, D.C. 20003
jmcgowan@kinnermcgowan.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
anthony@paronichlaw.com
*Admitted Pro Hac Vice*