**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated, 310 Stevens Circle, Aberdeen, MD, 21001<br><br>  Plaintiff,<br><br>v.<br><br>**PREMIER HOME PROS, LLC,** 388 S Main St., Ste 340, Akron, OH 44311<br><br>  Defendant. | **CASE NO.: 1:25-cv-03718-CJC** |

**DEFENDANT'S *UNOPPOSED*
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Premier Home Pros, LLC, pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Court for an extension of time to respond to the Complaint [D.E. 1], setting the new response date to January 9, 2026.  In support thereof, Defendants respectfully direct the Court's attention to the memorandum in support filed together herewith.  Pursuant to a good faith conference between counsel for the Parties, **Plaintiff does not oppose the relief requested**.  A Proposed Order is attached.

DATED: December 9, 2025

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22373
**ADAMS AND REESE, LLP**
11990 Grant Street, Suite 550
Northglenn, CO 80233
Telephone: (303) 970-2156
Facsimile: (303) 970-2156
Gabriel.Pinilla@arlaw.com
Alisyn.Bukowski@arlaw.com
*Counsel for Premier Home Pros, LLC*

Andrew Wilson
Subject to *Pro Hac Vice*
**ADAMS AND REESE, LLP**
2001 Siesta Drive Suite 302
Sarasota, FL 34239
Telephone: (941) 316-7636
Facsimile: (941) 316-7636
*Counsel for Premier Home Pros, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will automatically serve a copy via electronic mail to all counsel of record.

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22373

## SERVICE LIST

Attorneys for Marshall McClain:

John McGowan
KINNER & McGOWAN, PLLC
413 East Capitol Street SE, First Floor
Washington, D.C. 20003
jmcgowan@kinnermcgowan.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
anthony@paronichlaw.com
*Admitted Pro Hac Vice*