## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated, 310 Stevens Circle, Aberdeen, MD, 21001<br><br>    Plaintiff,<br><br>v.<br><br>**PREMIER HOME PROS, LLC,** 388 S Main St., Ste 340, Akron, OH 44311<br><br>    Defendant. | **CASE NO.: 1:25-cv-03718-CJC** |

### MEMORANDUM IN SUPPORT OF DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Premier Home Pros, LLC, pursuant to Fed. R. Civ. P. 6(b), respectfully submits this memorandum in support of its Unopposed Motion for Extension of Time to Respond to Complaint (the "**Motion**") filed contemporaneously herewith. Fed. R. Civ. P. 6(b) provides the Court with discretion to extend the time by which an act may or must be done if a request is made before the original time or any extension expires. Extensions of time may be sought at any stage of the proceeding and, when timely made, for cause shown, are generally granted as part of the Court's broad discretionary power. *Murphy v Adams*, 2014 WL 3845804, at *4 (D. Md., Aug. 4, 2014) ("When made before the original time expires, the court need only find good cause to extend the deadline.") citing Fed. R. Civ. P. 6(b)(1)(A). Defendant submits that good cause exists in this instance such that the Motion should be granted.

### **ARGUMENT**

Defendant respectfully submits that good cause exists to support the extension sought in this instance. Specifically, the additional time requested will afford Defendant adequate time to evaluate

the case and formulate an appropriate response to the Complaint while also accommodating trial and other scheduling conflicts in other matters. Plaintiff **does not oppose** the relief sought. Accordingly, Defendants respectfully request that the Court grant the Motion and extend the deadline for Defendants to respond to the Complaint [D.E. 1] through January 9, 2026.

The instant extension request is made in good faith and not for delay or any improper purpose. The requested extension should not affect any other litigation-related deadlines and no party will be unduly prejudiced by the relief sought herein. In light of the foregoing, Defendants respectfully submit that good cause exists to grant the Motion.

## CERTIFICATE OF LOCAL RULE 105(9) GOOD FAITH CONFERENCE

The undersigned hereby certifies that the undersigned counsel for Defendant, Gabriel D. Pinilla, conferred in good faith via email with counsel for Plaintiff, Anthony Paronich, regarding the extension herein requested, and that **Plaintiff** *does not* **oppose** the relief sought.

## CONCLUSION

Based on all of the foregoing, Defendant respectfully requests that this Court enter an Order granting the Motion and extending the deadline for Defendant to respond to the Complaint [D.E. 1] on or before January 9, 2026.

DATED: December 9, 2025

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22373
**ADAMS AND REESE, LLP**
11990 Grant Street, Suite 550
Northglenn, CO 80233
Telephone: (303) 970-2156
Facsimile: (303) 970-2156
Gabriel.Pinilla@arlaw.com
Alisyn.Bukowski@arlaw.com
*Counsel for Premier Home Pros, LLC*

Andrew Wilson
Subject to *Pro Hac Vice*
**ADAMS AND REESE, LLP**
2001 Siesta Drive Suite 302
Sarasota, FL 34239
Telephone: (941) 316-7636
Facsimile: (941) 316-7636
*Counsel for Premier Home Pros, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will automatically serve a copy via electronic mail to all counsel of record.

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22373

## SERVICE LIST

Attorneys for Marshall McClain:

John McGowan
KINNER & McGOWAN, PLLC
413 East Capitol Street SE, First Floor
Washington, D.C. 20003
jmcgowan@kinnermcgowan.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
anthony@paronichlaw.com
*Admitted Pro Hac Vice*