## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated, 310 Stevens Circle, Aberdeen, MD, 21001 | ) ) ) ) | |
|     Plaintiff, | ) ) | **CASE NO.: 1:25-cv-03718-CJC** |
| v. | ) ) | |
| **PREMIER HOME PROS, LLC,** 388 S Main St., Ste 340, Akron, OH 44311 | ) ) ) | |
|     Defendant. | ) ) | |

## ORDER

**UPON CONSIDERATION** of the **unopposed** Motion of Defendant, Premier Home Pros LLC, for an extension of time to respond to the Complaint [D.E. 1], it is this _____ of _____ 2025 hereby:

    **ORDERED** that Defendants' Unopposed Motion for Extension of Time to Respond to Complaint is **GRANTED**; and further

    **ORDERED** that Defendants shall have up to and including January 9, 2026 to respond to the Complaint [D.E. 1].

    **ORDERED** that this action **CONTINUES**.

                    BY:

                    _____

                    CHIEF JUDGE MATTHEW J. MADDOX
                    UNITED STATES DISTRICT JUDGE