## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MARSHALL MCCLAIN**, individually and ) 
on behalf of all others similarly situated, ) 
310 Stevens Circle, Aberdeen, MD, 21001 ) 
                                                 ) 
      Plaintiff, ) 
                                                )      **CASE NO.: 1:25-cv-03718-CJC** 
v. ) 
                                                ) 
**PREMIER HOME PROS, LLC,** ) 
388 S Main St., Ste 340, Akron, OH 44311 ) 
                                                ) 
      Defendant. ) 

## ORDER

**UPON CONSIDERATION** of the **unopposed** Motion of Defendant, Premier Home Pros LLC, for an extension of time to respond to the Complaint [D.E. 1], it is this ___9th___ of

____December____ 2025 hereby:

    **ORDERED** that Defendants' Unopposed Motion for Extension of Time to Respond to Complaint is **GRANTED**; and further

    **ORDERED** that Defendants shall have up to and including January 9, 2026 to respond to the Complaint [D.E. 1].

    **ORDERED** that this action **CONTINUES**.

                    BY:

                    _____/s/_____
                    JUDGE MATTHEW J. MADDOX
                    UNITED STATES DISTRICT JUDGE