## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MARSHALL MCCLAIN**, individually and )
on behalf of all others similarly situated, )
310 Stevens Circle, Aberdeen, MD, 21001 )
                                         )
      Plaintiff,                           )
                                         )    **CASE NO.: 1:25-cv-03718-CJC**
v.                                       )
                                         )
**PREMIER HOME PROS, LLC,**              )
388 S Main St., Ste 340, Akron, OH 44311 )
                                         )
      Defendant.                          )
                                         )

---

### PREMIER HOME PROS, LLC'S MOTION TO BIFURCATE DISCOVERY

---

Premier Home Pros, LLC ("**Defendant**" or "**Premier**"), pursuant to Federal Rules of Civil Procedure 16, 26(c), and 42, respectfully moves this Court for the entry of an Order bifurcating discovery in this matter for the following reasons:

(1)   Plaintiff's claims lack merit as Premier's records reflect that its contacts to Plaintiff's telephone number were made in response to an online inquiry in which express consent was granted to call Plaintiff's telephone number. Either Plaintiff gave express consent or Premier made the contacts in response to a falsified third-party submission. If the latter applies, then the contacts were made in error and are not actionable based on Premier's TCPA compliance policies and procedures and the TCPA's Safe Harbor provision set forth in 47 U.S.C. § 227(c)(5) and 45 C.F.R. § 64.1200(c)(2)(i);

(2)   Premier's proposed limits on discovery are consistent with the interests of judicial economy and preservation of the parties' and the Court's resources because the issues to

1

be addressed in an initial phase of discovery directed to Plaintiff's individual claim will not materially overlap with any required class-wide discovery;

(3)    Premier should not be required to expend unnecessary time and expense to engage in class-wide discovery under these circumstances, when the proposed limited discovery is likely to confirm that Plaintiff has no viable claim under the TCPA and the Court could dismiss this lawsuit; and

(4)    The granting of this motion will not unduly prejudice Plaintiff, nor will it delay any determination regarding class certification should the case proceed.

Based on the foregoing, Premier submits that bifurcation of discovery is appropriate and proposes the following schedule:

| EVENT | DEADLINE |
|---|---|
| Motion to Bifurcate Discovery | May 6, 2026[1] |
| Response to Motion to Bifurcate Discovery | May 20, 2026[2] |
| Reply in support of Motion to Bifurcate Discovery | May 27, 2026[3] |
| **Phase 1 Fact Discovery Cutoff** | **August 28, 2026** |
| **Phase 1 Summary Judgment Filing Deadline** | **September 18, 2026** |
| **Begin Phase 2 Fact Discovery** | **After the Court's ruling on Phase 1 Summary Judgment** |
| **Phase 2 Fact Discovery Cutoff** | **January 29, 2027** |
| Plaintiff's Expert Reports | February 19, 2027 |
| Defendant's Expert Reports | March 22, 2027 |
| All Expert Discovery Completed | April 23, 2027 |
| Class Certification Deadline | May 21, 2027 |

---

[1] Per Dkt. No. 17.
[2] Per Dkt. No. 17.
[3] Per Dkt. No. 17.

2

| Summary Judgment Filing Deadline | 60 days after the Court's ruling on class certification |
|---|---|
| Trial | TBD |

Accordingly, Premier Home Pros, LLC respectfully prays that this Motion to Bifurcate Discovery be granted and the Court enter a scheduling order setting case management deadlines consistent with the dates set forth in Premier's proposed scheduling order or otherwise according to a different bifurcation schedule the Court may specify.

Respectfully Submitted:

**ADAMS AND REESE LLP**

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla, Bar No. 22373
1001 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 970-2156
Facsimile: (303) 970-2156
Gabriel.Pinilla@arlaw.com
Alisyn.Burkowski@arlaw.com

Andrew C. Wilson, *Admitted Pro Hac Vice*
2001 Siesta Dr., Suite 302
Sarasota, Florida 34239
Telephone: (941) 316-7600
Andrew.Wilson@arlaw.com
Suellen.Kerrigan@arlaw.com
*Attorneys for Defendant,*
*Premier Home Pros, LLC*

### GOOD FAITH CONFERENCE CERTIFICATION

Undersigned counsel certify and affirm that they conferred with Plaintiff's counsel on, among other dates, March 31, 2026, and attempted in good faith to resolve the issues raised in the instant Motion, however, no resolution was reached. Plaintiff opposes the relief requested in the instant Motion.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of May 2026, the foregoing pleading was filed and served via the CM/ECF on all parties.

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22373