**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARSHALL MCCLAIN,** | * |
| | * |
| **Plaintiff,** | * |
| | *    **Civ. No.: MJM-25-3718** |
| **v.** | * |
| | * |
| **PREMIER HOME PROS, LLC,** | * |
| | * |
| **Defendant.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record during the virtual hearing on June 23, 2026, it is by the

United States District Court for the District of Maryland hereby ORDERED that:

1. Defendant's Motion to Bifurcate Discovery (ECF No. 18) is GRANTED;

2. The initial phase of discovery is limited to the issues of consent for the alleged communications made with plaintiff Marshall McClain and defendant Premier Home Pros, LLC's relevant routine business practices, and shall commence upon issuance of this Order and expire on **October 13, 2026**;

3. The parties shall file a joint status report **no later than October 13, 2026**, addressing:

   a. whether the initial phase of discovery is completed;

   b. whether any motions are pending;

   c. whether any party intends to file a dispositive motion before discovery continues, a certification that the parties have met to conduct serious settlement negotiations, and the date, time, and place of the meeting and the names of all persons participating therein;

1

d. whether either party or both parties believe it would be helpful to refer this case to another judge of this court for a settlement conference, either before or after the resolution of any dispositive pretrial motion;

e. whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion; and

f. any other matter either party believes should be brought to the Court's attention;

4. The deadline to move for amendment of pleadings and joinder of additional parties is suspended;

5. All provisions of Local Rule 104 and the attached Standing Order Concerning Discovery apply;

6. If more than one party intends to file a dispositive pretrial motion, the provisions of Local Rule 105.2(c) apply; and

7. A telephonic status conference will be held on **Tuesday, October 20, 2026, at 11:00 a.m. Eastern Time**.

It is so ORDERED this 24th day of June, 2026.

_____/S/_____

Matthew J. Maddox
United States District Judge

2