**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated, 310 Stevens Circle, Aberdeen, MD, 21001<br><br>Plaintiff,<br><br>v.<br><br>**PREMIER HOME PROS, LLC,** 388 S Main St., Ste 340, Akron, OH 44311<br><br>Defendant. | **CASE NO.: 1:25-cv-03718-CJC** |

**PREMIER HOME PROS, LLC'S MOTION FOR ORDER AUTHORIZING COMCAST CABLE COMMUNICATIONS, LLC TO DISCLOSE SUBSCRIBER INFORMATION PURSUANT TO 47 U.S.C. § 551(c)(2)(B)**

Premier Home Pros, LLC ("**Defendant**" or "**Premier**"), pursuant to Federal Rules of Civil Procedure 26(b)(1) and 45(d)(2)(B)i), respectfully moves for an Order authorizing non-party Comcast Cable Communications, LLC ("**Comcast**") to disclose the subscriber information sought by Premier's September 25, 2026 subpoena. Comcast has objected to producing such information absent a court order complying with 47 U.S.C. § 551. Plaintiff takes no position on this Motion.

Accordingly, Premier Home Pros, LLC respectfully prays that this motion be granted and the Court enter an order authorizing Comcast to disclose the subscriber information sought in Premier's subpoena to it.

Respectfully Submitted:

**ADAMS AND REESE LLP**

*/s/ Andrew C. Wilson*
Gabriel D. Pinilla, Bar No. 22373

1001 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 970-2156
Facsimile: (303) 970-2156
Gabriel.Pinilla@arlaw.com
Alisyn.Burkowski@arlaw.com

Andrew C. Wilson, *Admitted Pro Hac Vice*
2001 Siesta Dr., Suite 302
Sarasota, Florida 34239
Telephone: (941) 316-7600
Andrew.Wilson@arlaw.com
Suellen.Kerrigan@arlaw.com
*Attorneys for Defendant,*
*Premier Home Pros, LLC*

## GOOD FAITH CONFERENCE CERTIFICATION

Undersigned counsel certifies and affirms that he conferred with Plaintiff's counsel on October 8, 2026 in good faith attempt to resolve the issues raised in the instant Motion, and Plaintiff's counsel has confirmed that Plaintiff takes no position on the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, the foregoing was filed via the Court's CM/ECF system, which will serve all counsel of record, and that a courtesy copy was sent to Comcast by electronic transmission to LEAsubmit@comcast.com and timothy_greene@comcast.com.

*/s/ Andrew C. Wilson*
Andrew C. Wilson
Fla. Bar No. 0103203
*Admitted Pro Hac Vice*