**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated, 310 Stevens Circle, Aberdeen, MD, 21001<br><br>Plaintiff,<br><br>v.<br><br>**PREMIER HOME PROS, LLC,** 388 S Main St., Ste 340, Akron, OH 44311<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.: 1:25-cv-03718-CJC** |

---

**JOINT STATUS REPORT**

---

Plaintiff, Marshal McClain ("**Plaintiff**" or "**McClain**"), and Defendant, Premier Home Pros, LLC ("**Defendant**" or "**Premier**"), respectfully submit this Joint Status Report pursuant to the Court's Order dated June 24, 2026 [Dkt. #23], and state:

1) The initial phase of discovery is not yet complete. The Parties have diligently sought to complete the initial phase of discovery pursuant to the Court's Order, including through the exchange of written discovery between the Parties and through multiple third-party subpoenas. Nevertheless, Comcast Cable Communications, LLC has yet to provide a substantive response to Premier's subpoenas, and the Parties each intend to take depositions as part of the initial phase of discovery. The Parties respectfully ask that the initial phase of discovery be extended by 60 days to allow the remaining matters to be completed.

2) The only pending motion is Premier's Motion for Order Authorizing Comcast Cable Communications, LLC to Disclose Subscriber Information Pursuant to 47 U.S.C. 551(c)(2)(B) (Dkt. #25), on which McClain takes no position.

3) Upon completion of the outstanding initial phase discovery referenced in paragraph (1) above, Premier anticipates filing a dispositive motion.

4) The Parties certify that they have met to conduct serious settlement negotiations. Such meeting was via telephone between Plaintiff's counsel, Anthony Paronich, and Defendant's counsel, Gabriel Pinilla, on October 8, 2026 at 3:45 pm ET.

5) Respectfully, the Parties do not request that this case be referred to another judge for a settlement conference. The Parties agree that private mediation with a third-party neutral is appropriate for this dispute and have agreed to mediate with Attorney Aaron Weiss, who has effectively mediated similar disputes in other matters involving counsel for both parties.

6) The Parties do not consent to have a U.S. Magistrate Judge conduct all further proceedings in this case.

Respectfully Submitted:

| | |
|---|---|
| ______________________<br>Anthony I. Paronich<br>*Admitted Pro Hac Vice*<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>Anthony@paronichlaw.com | */s/ Gabriel D. Pinilla*<br>Gabriel D. Pinilla, Bar No. 22373<br>Adams & Reese, LLP<br>1001 Seventeenth Street, Suite 1000<br>Dever, CO 80202<br>Telephone: (303) 970-2156<br>Facsimile: (303) 970-2156<br>Gabriel.Pinilla@arlaw.com |

| | |
|---|---|
| John McGowan<br>Kinner & McGowan, PLLC<br>413 East Capital St. SE<br>Washington, DC 20003<br>(202) 846-7148<br>jmcgowan@kinnermcgowan.com<br><br>*Attorneys for Plaintiff, Marshall McClain* | Andrew C. Wilson<br>*Admitted Pro Hac Vice*<br>ADAMS & REESE LLP<br>2001 Siesta Dr., Suite 302<br>Sarasota, Florida 34239<br>Telephone: (941) 316-7600<br>Andrew.Wilson@arlaw.com<br>Suellen.Kerrigan@arlaw.com<br><br>*Attorneys for Defendant, Premier Home Pros, LLC* |



**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2026, the foregoing pleading was filed and served via the CM/ECF on all parties.

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22373