**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MARSHALL MCCLAIN,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No.: MJM-25-3718** |
| **v.** | * | |
| | * | |
| **PREMIER HOME PROS, LLC,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * *

**ORDER**

As discussed during the telephonic status conference on October 20, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Ordering bifurcating discovery (ECF No. 23) is MODIFIED as follows;
2. The initial phase of discovery is limited to the issues of consent for the alleged communications made with plaintiff Marshall McClain and defendant Premier Home Pros, LLC's relevant routine business practices, and shall commence upon issuance of this Order and expire on **December 15, 2026**;
3. The parties shall file a joint status report **no later than December 15, 2026**, addressing:
    a. whether the initial phase of discovery is completed;
    b. whether any motions are pending;
    c. whether any party intends to file a dispositive motion before discovery continues, a certification that the parties have met to conduct serious settlement negotiations, and the date, time, and place of the meeting and the names of all persons participating therein;

d. the status of private mediation, and whether either party or both parties believe it would be helpful to refer this case to another judge of this court for a settlement conference, either before or after the resolution of any dispositive pretrial motion;

e. whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion; and

f. any other matter either party believes should be brought to the Court's attention;

4. The deadline to move for amendment of pleadings and joinder of additional parties remains suspended;

5. All provisions of Local Rule 104 and the Standing Order Concerning Discovery (ECF No. 23-1) apply;

6. If more than one party intends to file a dispositive pretrial motion, the provisions of Local Rule 105.2(c) apply; and

7. A telephonic status conference will be tentatively held on **Thursday, December 17, 2026, at 11:30 a.m. Eastern Time**.

It is so ORDERED this 20th day of October, 2026.

/S/
Matthew J. Maddox
United States District Judge