IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARSHALL MCCLAIN, individually and on behalf of all others similarly situated, | * | |
| Plaintiff, | * | Civ. No. 1:25-cv-03718-MJM |
| v. | * | |
| PREMIER HOME PROS, LLC, | * | |
| Defendant. | * | |

**ORDER GRANTING DEFENDANT'S MOTION FOR ORDER AUTHORIZING DISCLOSURE OF SUBSCRIBER INFORMATION PURSUANT TO 47 U.S.C. § 551(c)(2)(B)**

Upon consideration of Defendant Premier Home Pros, LLC's Motion for an Order Authorizing Comcast Cable Communications, LLC to Disclose Subscriber Information Pursuant to 47 U.S.C. § 551(c)(2)(B) (the "**Motion**"), the subpoena served by Defendant on non-party Comcast Cable Communications, LLC ("**Comcast**") dated September 25, 2026 (the "**Subpoena**"), Comcast's written objection dated October 8, 2026 (the "**Objection**"), and any response thereto, it is hereby:

**ORDERED** that:

1. The Motion is **GRANTED**.
2. Pursuant to 47 U.S.C. § 551(c)(2)(B), Comcast is **AUTHORIZED and DIRECTED** to disclose to Defendant's counsel all information and documents responsive to the Subpoena, on the terms set forth herein.
3. Within seven (7) calendar days after service of this Order, Comcast shall notify each subscriber whose personally identifiable information is to be disclosed of this Order and the subscriber's right to contest disclosure, and shall provide each such subscriber a copy of this Order. Comcast may provide notice by any reasonable means, including written notice sent to the subscriber's address of record. Good-faith attempts by Comcast to notify a subscriber shall constitute compliance with this paragraph.

4. Each subscriber so notified shall have twenty-one (21) calendar days from the date of Comcast's notice to file with this Court any motion or other papers contesting the disclosure of that subscriber's information, and to serve a copy on Defendant's counsel and Comcast.

5. Comcast shall produce the subscriber information to Defendant's counsel within seven (7) days of the expiration of any subscriber's time to contest disclosure. If any subscriber timely files papers contesting disclosure, Comcast shall withhold that subscriber's information pending further order of the Court, but shall timely produce all other subscriber information.

6. The subscriber information shall be used by the parties solely for purposes of prosecuting or defending this action and shall otherwise be treated as confidential, and shall not be disclosed to any person other than the parties, their counsel, the Court, and persons assisting counsel in this action, pending entry of any protective order governing confidential information, which shall thereafter govern.

7. This Order constitutes a court order authorizing disclosure within the meaning of 47 U.S.C. § 551(c)(2)(B). Comcast's disclosure of subscriber information in compliance with this Order is made pursuant to such court order.

8. Defendant shall serve a copy of this Order on Comcast through its registered agent in Maryland within three (3) business days of its entry.

DATE: 10/27/26

Matthew J. Maddox
United States District Judge