**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MARSHALL MCCLAIN**, individually and on behalf of all others similarly situated,
310 Stevens Circle, Aberdeen, MD, 21001

Plaintiff,

v.

**PREMIER HOME PROS, LLC,**
388 S Main St., Ste 340, Akron, OH 44311

Defendant.

**CASE NO.: 1:25-cv-03718-CJC**

## DEFENDANT'S NOTICE OF SERVICE UPON COMCAST CABLE

Defendant, PREMIER HOME PROS, LLC, by and through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, hereby gives notice of serving this Court's Order Granting Defendant's Motion for Order Authorizing Disclosure of Subscriber Information pursuant to 47 U.S.C. § 551(c)(2)(B), entered on October 27, 2026 [Doc 28], upon Comcast Cable Communications, LLC's registered agent, on October 28, 2026 in this action.

Respectfully Submitted:

**ADAMS AND REESE LLP**

*/s/ Andrew C. Wilson*
Gabriel D. Pinilla, Bar No. 22373
11990 Grant Street, Suite 550
Northglenn, Colorado 80233
Telephone: (303) 970-2156
Facsimile: (303) 970-2156
Gabriel.Pinilla@arlaw.com

Andrew C. Wilson, *Admitted Pro Hac Vice*
2001 Siesta Dr., Suite 302
Sarasota, Florida 34239
Telephone: (941) 316-7600
Andrew.Wilson@arlaw.com
Suellen.Kerrigan@arlaw.com
*Attorneys for Defendant,*
*Premier Home Pros, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2026, the foregoing document is being filed with this Court and served on all counsel of record or pro se parties identified on the Service List, via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla
Bar No. 22383